905 A.2d 865

IN THE MATTER OF PATRICK N. PERONE,
AN ATTORNEY AT LAW.

September 11, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–052, concluding that **PATRICK N. PERONE** of **MANAHAWKIN**, who was admitted to the bar of this State in 1992, should be reprimanded for violating *RPC* 1.3(lack of diligence), *RPC* 1.4(b)(failure to keep client reasonably informed about the status of matter and to comply with reasonable requests for information), *RPC* 1.4(c)(failure to explain matter to extent necessary to permit client to make informed decisions about representation), and *RPC* 8.4(c)(conduct involving deceit or misrepresentation);

And the Court having determined from its review of the record that the appropriate discipline is an admonition;

And good cause appearing;

It is ORDERED that **PATRICK N. PERONE** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.